Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins. Co. (2022 NY Slip Op 51346(U))

[*1]

Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins. Co.

2022 NY Slip Op 51346(U)

Decided on December 9, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through February 10, 2023; it will not be published in the printed Official Reports.

Decided on December 9, 2022
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT, CHEREÉ A. BUGGS, JJ

2021-654 K C

Burke Physical Therapy, P.C., as Assignee of Simmons, Iasia, Appellant, 
against
State Farm Mutual Automobile Ins. Co., Respondent. 

Opinion withdrawn from publication by the State Reporter because it duplicates the opinion published at 
2022 NY Slip Op 51219(U).